IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARTHA ACEVEDO CARINO <br><br> Defendant. | 8:19CR177 <br><br> ORDER |

This matter is before the court on the Defendant's Motion to Continue Trial [112]. Counsel seeks additional time to finalize plea negotiations with the government. For good cause shown.

**IT IS ORDERED** that the Defendant's Motion to Continue Trial [112] is granted, as follows:

1. The jury trial, now set for July 14, 2020, is continued to **August 25, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 25, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 14th day of July 2020.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge